STATE OF NEW JERSEY v. ETHEL WATERS.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL COUNTERMAN.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ANGEL ROMERO.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ELI FRENCH.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. MARLO GUNTER.

May 30, 1989.

Petition for certification denied.   (See 231 *N.J.Super.* 34)